UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| TADDIUS PARNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14CV158 SNLJ |
| | ) | |
| PEMISCOT COUNTY JAIL, | ) | |
| | ) | |
| Defendant, | ) | |

## MEMORANDUM AND ORDER

Upon review of the Court file, plaintiff has failed to comply with the Court's order dated November 4, 2014, in which the Court ordered plaintiff to file an amended complaint on the Court's form and to either pay the filing fee or to submit a motion for leave to proceed in forma pauperis. Rule 41(b) of the Federal Rules of Civil Procedure permits the Court to dismiss a case for failure to prosecute or to comply with a Court order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice.

An Order of Dismissal will be filed separately.

Dated this 22nd day of December, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE